1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

12

| | |
|---|---|
| **KARLOS L. FRYE,** | C 08-5288 CW |
| Plaintiff, | **[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| **v.** | |
| **OLESHEA, et al.,** | |
| Defendants. | |

18

19    For good cause appearing, Defendants' request for an extension of time to file a dispositive

20  motion is granted.  Defendants may file a dispositive motion on or before April 27, 2011.

21    Plaintiff's opposition to the dispositive motion shall be filed no later than sixty days after

22  the date on which Defendants'  motion is filed.

23    Defendant shall file a reply brief no later than thirty days after the date Plaintiff's

24  opposition is filed.

25    IT IS SO ORDERED.

26  Dated:__**3/3/11**____    _____

27                                THE HONORABLE CLAUDIA WILKEN
                                United States District Judge

28

1