IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARLOS L. FRYE,

    Plaintiff,

  v.

OFFICER OLESHEA, et al.,

    Defendants.
                               /

No. C 08-05288 CW (PR)

ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Plaintiff has filed a second request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's second request for an extension of time is GRANTED. Plaintiff may file his opposition to Defendant's Motion For Summary Judgment up to <u>thirty (30) days</u> from the date of this Order.

    Defendants shall file a reply brief, no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 74.

    IT IS SO ORDERED.

Dated: 9/1/2011

                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KARLOS L FRYE,

        Plaintiff,

v.

OLESHEA et al,

        Defendant.

Case Number: CV08-05288 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karlos L. Frye T05458
D7-129
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: September 1, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk